# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO URREA,<br><br>                    Petitioner,<br><br>v.<br><br>UNKNOWN, Warden,<br><br>                    Respondent. | Case No.: 17cv0519 AJB (BGS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee, proceeding pro se, filed a document which this Court construes as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than <u>May 25, 2017</u>,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank

///
///
///
///

1  Southern District of California In Forma Pauperis Application to Petitioner along with a
2  copy of this Order.
3      **IT IS SO ORDERED.**
4  Dated: March 23, 2017

Hon. Anthony J. Battaglia
United States District Judge